UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
RODNEY ALSTON,

                Petitioner,

     -against-

THOMAS GRIFFIN, Superintendent,
Eastern NY Correctional Facility,

                Respondent.[1]
---------------------------------------------------------X

**REPORT AND RECOMMENDATION**

12 Civ. 8092 (CS)(PED)

**MEMO ENDORSED**

*[Handwritten endorsement:]* No objections to this R&R ("Report & Recommendation") have been received & I have reviewed it for clear error. I find no error, clear or otherwise. The R&R is therefore adopted as the decision of the Court. I further adopt the recommendation that no Certificate of Appealability issue. The Clerk of Court is respectfully directed to close the case.

So Ordered.

*/s/ Cathy Seibel*
Cathy Seibel, U.S.D.J.
Dated: 10/16/14

TO THE HONORABLE CATHY SEIBEL, United States District Judge:

## I. INTRODUCTION

On October 10, 2005, petitioner Rodney Alston ("petitioner" or "defendant") fatally shot Dacheau Brown outside Club Eclipse in New Rochelle, New York. On August 1, 2006, a Westchester County jury convicted petitioner of second degree murder (N.Y. Penal Law § 125.25(1)), second degree criminal possession of a weapon (N.Y. Penal Law § 265.03) and third degree criminal possession of a weapon (N.Y. Penal Law § 265.02(4). He was sentenced on September 25, 2006 to concurrent terms of twenty years to life imprisonment (murder), fifteen years imprisonment with five years post-release supervision (criminal possession second) and seven years imprisonment with three years post-release supervision (criminal possession third). Petitioner is currently incarcerated at Great Meadow Correctional Facility in Comstock, New York.

---

[1] Although the Petition and the docket indicate that petitioner is incarcerated at Upstate Correctional Facility, the DOCCS inmate locator (nysdoccslookup.doccs.ny.gov) notes that he is currently incarcerated at Eastern NY Correctional Facility. Thus, Thomas Griffin, Superintendent of Eastern NY Correctional Facility, is substituted as respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk of the Court shall amend the caption to reflect the substitution.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/14